JACOB SEAMAN, Respondent, *v.* HENRY EVERDING et al.,
Appellants.

(Argued February 3, 1879 ; decided February 11, 1879.)

*James Troy* for appellants.

*J. A. Shoudy* for respondent.

AGREE to affirm.    No opinion.
All concur.
Judgment affirmed.

———

JAMES YOUNG, Appellant, *v.* AMOS L. SWAN, Collector,
etc., Respondent.

(Argued February 4, 1879 ; decided February 11, 1879.)

*James E. Dewey* for appellant.

*Samuel A. Bowen* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.